CO-386
10/2018

# United States District Court
# For the District of Columbia

)
)
)
)
)        Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____Paul Orfanedes_____
Signature

_____          Paul J. Orfanedes
BAR IDENTIFICATION NO.                                                    _____
                                                                                                     Print Name

              423 Third St., SW, Suite 800
_____
Address

              Washington, DC 20024
_____
City                    State                    Zip Code

____202-646-5164_____
Phone Number