IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      *Plaintiff*,<br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>      *Defendant*. | Case No. 23-cv-1432 |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 5, 2023, Plaintiff Judicial Watch, Inc. and Defendant the National Archives and Records Administration ("NARA") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case involves a Freedom of Information Act ("FOIA") request that Judicial Watch submitted on February 21, 2023, seeking four categories of "[r]ecords and/or communications from former Vice President Joseph R. Biden." Complaint ¶ 5.

2. The Parties previously agreed that NARA will make monthly notifications pursuant to the Presidential Records Act ("PRA"). In accordance with that agreement, NARA provided PRA notifications on or about July 31, August 31, September 28, October 31, and November 30, 2023.

3. The Parties further agreed that NARA would make productions of any non-exempt records to Judicial Watch approximately monthly (as processing and the notification process permit), beginning on or before November 7, 2023. In accordance with that agreement, NARA made productions of non-exempt records on or about October 26 and November 30, 2023. NARA anticipates making its next production on or about December 28, 2023.

4. The Parties have had productive communications regarding proposals for narrowing and prioritizing records potentially responsive to Plaintiff's request and continue to confer regarding these matters.

5. NARA believes that it would be premature to indicate whether it will seek an *Open America* stay in this case but does not presently intend to do so.

6. The parties believe that any discussion of summary judgment briefing would be premature.

7. Pursuant to the Court's October 5, 2023 Minute Order, the next joint status report is due on February 17, 2024. Because that date is a Saturday and the following Monday is a holiday, the parties respectfully request that deadline be extended to Tuesday, February 20, 2024.

Dated: December 19, 2023                             Respectfully submitted,

*/s/ Paul J. Orfanedes*                              BRIAN M. BOYNTON
Paul J. Orfanedes                                    Principal Deputy Assistant Attorney General
D.C. Bar No. 429716
Judicial Watch, Inc.                                 ELIZABETH J. SHAPIRO
425 Third Street SW, Suite 800                       Deputy Branch Director
Washington, DC 20024
Tel.: (202) 646-5172                                 */s/ Laura B. Bakst*
Fax: (202) 646-5199                                  Laura B. Bakst
E-mail: porfanedes@judicialwatch.org                 (D.C. Bar No. 1782054)
                                                     Trial Attorney, U.S. Dept. of Justice
*Counsel for Plaintiff*                              Civil Division, Federal Programs Branch
                                                     1100 L Street, N.W.
                                                     Washington, DC 20005
                                                     Tel: (202) 514-3183
                                                     Email: Laura.B.Bakst@usdoj.gov

                                                     *Counsel for Defendant*