**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | |
| *Plaintiff*, | Case No. 23-cv-1432 |
| v. | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | |
| *Defendant*. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 11, 2024, Plaintiff Judicial Watch, Inc. and Defendant the National Archives and Records Administration ("NARA") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1.      This case involves a Freedom of Information Act ("FOIA") request that Judicial Watch submitted on February 21, 2023, seeking four categories of "[r]ecords and/or communications from former Vice President Joseph R. Biden." Complaint ¶ 5.

2.      The Parties previously agreed that NARA will make monthly notifications pursuant to the Presidential Records Act ("PRA"). In accordance with that agreement, NARA has provided PRA notifications on a monthly basis since July 2023, most recently on January 31, 2024.

3.      The Parties further agreed that NARA would make productions of any non-exempt records to Judicial Watch approximately monthly (as processing and the notification process permit), beginning on or before November 7, 2023. In accordance with that agreement, NARA has made productions of non-exempt records on a monthly basis beginning in October 2023. It anticipates the next production will be made by the end of February 2024.

4.     The Parties have had productive communications regarding proposals for narrowing and prioritizing records potentially responsive to Plaintiff's request and will continue to confer regarding these matters.

5.     NARA believes that it would be premature to indicate whether it will seek an *Open America* stay in this case but does not presently intend to do so.

6.     The parties believe that any discussion of summary judgment briefing would be premature.

7.     Pursuant to the Court's January 11, 2024 Minute Order, the parties will file a further joint status report on or before April 20, 2024.

Dated: February 16, 2024

Respectfully submitted,

/s/ Paul J. Orfanedes
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel.: (202) 646-5172
Fax: (202) 646-5199
E-mail: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Laura B. Bakst
LAURA B. BAKST
(D.C. Bar No. 1782054)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3183
Email: Laura.B.Bakst@usdoj.gov

*Counsel for Defendant*