IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> *Plaintiff,* <br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> *Defendant.* | Case No. 23-cv-1432-SLS |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 14, 2025, Plaintiff Judicial Watch, Inc. and Defendant the National Archives and Records Administration ("NARA") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case involves a Freedom of Information Act ("FOIA") request that Judicial Watch submitted on February 21, 2023, seeking four categories of "[r]ecords and/or communications from former Vice President Joseph R. Biden." Complaint ¶ 5.

2. As explained in prior filings, the records in this case are governed by the Presidential Records Act ("PRA"). The PRA requires NARA to provide the incumbent President and the President and Vice-President who were in office when the records were created with 60 working days—which may be extended once, for an additional 30 working days—to review and assert any claim of constitutionally based privilege over the records before their release. *See* 44 U.S.C. § 2208(a)(1)(A), (a)(3)(A)-(B); *id.* § 2207. The PRA also sets another timeline that is relevant to certain future productions. Specifically, the PRA provides that if the 60-working-day period, or any 30-working-day extension of that period, "would otherwise expire during the 6-

1

month period after the incumbent President first takes office, then that 60-day period or extension, respectively, shall expire at the end of that 6-month period." *Id.* § 2208(a)(3)(C).

3. The Parties previously agreed that NARA will make monthly notifications pursuant to the Presidential Records Act ("PRA"). In accordance with that agreement, NARA has provided PRA notifications on a monthly basis since July 2023, most recently on or about May 27, 2025. NARA will continue to provide PRA notifications on a monthly basis.

4. The Parties further agreed that NARA would make productions of any non-exempt records to Judicial Watch approximately monthly, as processing and the notification process permit, beginning on or before November 7, 2023. In accordance with that agreement, NARA has made productions of non-exempt records on a roughly monthly basis beginning in October 2023. NARA will continue to produce, after the expiration of the relevant PRA review periods, *see* 44 U.S.C. § 2208(a)(3), nonexempt responsive documents.

5. The Parties have had productive communications regarding proposals for narrowing and prioritizing records potentially responsive to Plaintiff's request. Those discussions have resulted in agreements substantially narrowing two of the four categories that compose Plaintiffs' request. The Parties are also continuing to communicate about additional ways to narrow certain aspects of the request.

6. Absent further narrowing, NARA estimates that there are roughly 700 potentially responsive records remaining for processing. Based on the length and complexity of the records NARA has reviewed to date, NARA estimates that these pages would take an additional approximately 30 months to process.

7. NARA believes that it would be premature to indicate whether it will seek an *Open America* stay in this case but does not presently intend to do so.

8. The parties believe that any discussion of summary judgment briefing would be premature.

9. Pursuant to the Court's January 11, 2024 Minute Order, the parties will file a further joint status report on or before Friday, August 15, 2025.

Dated: June 16, 2025                                          Respectfully submitted,

*/s/ Jason Aldrich*                                           BRETT A. SHUMATE
JASON ALDRICH                                                 Assistant Attorney General
D.C. Bar No. 495488                                           Civil Division
Judicial Watch, Inc.
425 Third Street SW, Suite 800                                ELIZABETH J. SHAPIRO
Washington, DC 20024                                          Deputy Branch Director
Tel: (202) 646 5172
Fax: (202) 646-5199                                           */s/ Jacob S. Siler*
E-mail: JAldrich@judicialwatch.org                            JACOB S. SILER
                                                              (D.C. Bar No. 1003383)
*Counsel for Plaintiff*                                       Trial Attorney, U.S. Dept. of Justice
                                                              Civil Division, Federal Programs Branch
                                                              1100 L Street, N.W.
                                                              Washington, DC 20005
                                                              Tel: (202) 353-4556
                                                              Email: Jacob.S.Siler@usdoj.gov

                                                              *Counsel for Defendant*