IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    *Plaintiff*,<br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    *Defendant*. | Case No. 23-cv-1432-SLS |

**JOINT STATUS REPORT**

    Pursuant to the Court's Minute Order dated July 8, 2025, Plaintiff Judicial Watch, Inc. and Defendant the National Archives and Records Administration ("NARA") (collectively, the "Parties"), have conferred and respectfully submit this Joint Status Report.

    1.    This case involves a Freedom of Information Act ("FOIA") request that Judicial Watch submitted on February 21, 2023, seeking four categories of "[r]ecords and/or communications from former Vice President Joseph R. Biden." Complaint ¶ 5.

    2.    As explained in prior filings, the records in this case are governed by the Presidential Records Act ("PRA"). The PRA requires NARA to provide the incumbent President and the President and Vice-President who were in office when the records were created with 60 working days—which may be extended once, for an additional 30 working days—to review and assert any claim of constitutionally based privilege over the records before their release. *See* 44 U.S.C. § 2208(a)(1)(A), (a)(3)(A)-(B); *id*. § 2207. The PRA also sets another timeline that applies during the first six months of a new presidential term of office. Specifically, the PRA provides that if the 60-working-day period, or any 30-working-day extension of that period, "would otherwise expire during the 6-month period after the incumbent President first takes office, then

1

that 60-day period or extension, respectively, shall expire at the end of that 6-month period." *Id.* § 2208(a)(3)(C).

3.  NARA has provided PRA notifications on a monthly basis since July 2023 and has made productions of non-exempt records at the expiration of the relevant PRA review period beginning in October 2023. On July 24, 2025, NARA released the responsive records that had been subject to the extended notification period described in 44 U.S.C. § 2208(a)(3)(C). NARA's future releases will be governed by the 60- or 90-working-day notification period described in 44 U.S.C. § 2208(a)(3)(A)–(B).

4.  The Court's July 8, 2025 Minute Order directed NARA to report "the number of records and the number of pages processed per month since the start of this litigation." That information is provided in the chart below. These numbers include records and pages that were ultimately determined not to be responsive to Plaintiff's request and records that were withheld in full or in part under the PRA or FOIA. They also include months for which the PRA notification period has not yet run and therefore records that have yet to be released.

| Month | Records Reviewed | Pages Reviewed | Month | Records Reviewed | Pages Reviewed |
|---|---|---|---|---|---|
| July 2023 | 116 | 516 | Aug. 2024 | 8 | 716 |
| Aug. 2023 | 139 | 284 | Sept. 2024 | 10 | 557 |
| Sept. 2023 | 192 | 242 | Oct. 2024 | 8 | 620 |
| Oct. 2023 | 385 | 2247 | Nov. 2024 | 10 | 650 |
| Nov. 2023 | 250 | 529 | Dec. 2024 | 38 | 620 |
| Dec. 2023 | 318 | 817 | Jan. 2025 | 37 | 632 |
| Jan. 2024 | 134 | 744 | Feb. 2025 | 19 | 547 |
| Feb. 2024 | 136 | 703 | Mar. 2025 | 40 | 1177 |
| Mar. 2024 | 56 | 522 | Apr. 2025 | 12 | 3443 |
| Apr. 2024 | 70 | 528 | May 2025 | 18 | 2246 |
| May 2024 | 25 | 2424 | June 2025 | 26 | 627 |
| June 2024 | 13 | 553 | July 2025 | 23 | 623 |
| July 2024 | 12 | 712 | Totals | 2088 | 23,279 |

5. The Court's July 8, 2025 Minute Order also directed NARA to report "how many records have been withheld and redacted pursuant to the Presidential Records Act or FOIA." The below chart identifies the number of times NARA has asserted specific PRA restrictions or FOIA exemptions to withhold records in full or in part. Because these numbers are calculated by restriction or exemption, a particular record or portion that is withheld on more than one basis would be counted in each applicable row of this chart. The actual number of records NARA has withheld in full or in part will therefore be less than the sum of these numbers. As explained at the status conference with the Court on July 8, 2025, NARA's position is that the Archivist's determination that a record (or portion of a record) falls within a restricted category under the PRA is not subject to judicial review. 44 U.S.C. § 2204(b)(3).

| PRA Restriction / FOIA Restriction | Number of Times Asserted |
|---|---|
| 44 U.S.C. 2204(a)(3)/FOIA Exemption 3 | 50 |
| 44 U.S.C. 2204(a)(5) | 208 |
| 44 U.S.C. 2204(a)(6)/FOIA Exemption 6 | 665 |
| FOIA Exemption 7(c) | 245 |
| FOIA Exemption 7(e) | 454 |
| FOIA Exemption 7(f) | 256 |

6. The Parties have conferred. Plaintiff has reviewed NARA's withholdings from the first sixteen releases and does not intend to challenge any withholding from those releases. Plaintiff is continuing to review the releases NARA made on July 24, 2025, for any disputed withholdings.

7. The Parties have also agreed to consider further ways in which the request could be narrowed, but have not yet come to any additional narrowing agreements. NARA has agreed to process the remaining records that are responsive to Plaintiff's request as narrowed by the Parties' prior agreements at a rate of at least 50 records per month, which NARA estimates should result in the completion of processing by December 2026.

8. NARA believes that it would be premature to indicate whether it will seek an *Open America* stay in this case but does not presently intend to do so.

9. The Parties believe that summary judgment briefing would be premature at this time.

10. The Parties propose filing the next joint status report on or before Monday, October 6, 2025.

Dated: August 7, 2025

*/s/ Jason Aldrich*
JASON ALDRICH
D.C. Bar No. 495488
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646 5172
Fax: (202) 646-5199
E-mail: JAldrich@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Jacob S. Siler*
JACOB S. SILER
(D.C. Bar No. 1003383)
Trial Attorney, U.S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Defendant*